IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| United States of America<br><br>*v.*<br><br>Paul Alexander Carruth | Criminal Action No.<br><br>1:17-CR-109-ELR |
|---|---|

**Consent Motion To Continue Sentencing**

The United States of America, by Byung J. Pak, United States Attorney, and Garrett L. Bradford, Assistant United States Attorney for the Northern District of Georgia, files this Consent Motion To Continue Sentencing.

The sentencing hearing for Defendant, who is not detained, is currently scheduled for September 6, 2018. Counsel for Defendant has a conflicting court appearance scheduled for that same date. Additionally, the parties are still working to compile information to be considered by the Court at Defendant's sentencing.

In the interests of justice, the parties, and the Court, the government requests that the sentencing hearing for Defendant be continued to November 28, 2018, at 10:30 a.m.

Counsel for Defendant consents to this motion and the requested relief.

## Conclusion

Based on the above, the government requests that the Court continue the sentencing hearing for Defendant to November 28, 2018, at 10:30 a.m.

Respectfully submitted,

BYUNG J. PAK
*United States Attorney*


/s/GARRETT L. BRADFORD
*Assistant United States Attorney*
Georgia Bar No. 074374
Garrett.Bradford@usdoj.gov

600 U.S. Courthouse, 75 Ted Turner Drive S.W., Atlanta, GA 30303
(404) 581-6000   fax (404) 581-6181

# Certificate of Service

The United States Attorney's Office served this document today by filing it using the Court's CM/ECF system, which automatically notifies the parties and counsel of record.

August 9, 2018

/s/ GARRETT L. BRADFORD

GARRETT L. BRADFORD

*Assistant United States Attorney*