IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal Action No. |
| *v.* | |
| PAUL ALEXANDER CARRUTH | 1:17-CR-109-ELR |

## ORDER

Having read and considered the Consent Motion To Continue Sentencing and for good cause shown therein, this Court grants the requested continuance.

IT IS HEREBY ORDERED that the sentencing hearing shall be continued to November 28, 2018, at 10:30 a.m.

SO ORDERED THIS _____ day of AUGUST 2018.


_____
ELEANOR L. ROSS
UNITED STATES DISTRICT JUDGE

Prepared by
Garrett L. Bradford, Assistant United States Attorney
(404) 581-6042