FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

APR 29 2020

JAMES N. HATTEN, Clerk
By: C/Metz Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| IN RE: | : ADMINISTRATIVE ORDER 20-02 |
| | : [AMENDED] |
| APPLICATION OF SECTION 603 | : |
| OF THE FIRST STEP ACT (2018) | : |

UPON CONSIDERATION of a joint proposal submitted by the United States Attorney's Office, the Federal Defender Program, Inc., and the United States Probation Office for the Northern District of Georgia;

UPON REVIEW of Section 603 of the First Step Act of 2018, which expanded the authority of district courts to grant defendant's motions for compassionate release based upon "extraordinary and compelling reasons" and pursuant to 18 U.S.C. § 3582(c)(1)(A);

IT IS HEREBY ORDERED pursuant to the provisions of the Criminal Justice Act, 18 U.S.C. §§ 3006A(a)(1) and (c), that the Federal Defender Program, Inc., is appointed to review the file of each defendant who files in this Court a *pro se* motion for compassionate release under § 3582(c)(1)(A) and/or the First Step Act. The Federal Defender Program is also appointed for the same purpose to review the case of each defendant who files a motion to appoint counsel to pursue a compassionate release motion, or who sends a letter to the Court asking whether he or she is eligible for compassionate release. The Federal Defender Program shall ascertain each defendant's eligibility for relief and whether a conflict of interest precludes it from representation. The Federal Defender Program shall notify the Court upon identifying a prohibitive conflict in which the prospective client's interests are materially adverse to those of a current or former client, and the Court will consider appointing a member of the Criminal Justice Act panel of this District. The Federal Defender Program will also send a letter to each defendant appointed through this order, in which the Federal Defender Program will explain the limited scope of this appointment and further explain that the defendant may decline or opt out of such representation.

IT IS ALSO ORDERED that upon request the United States Probation Office shall provide both the Federal Defender Program and the United States Attorney's Office with a copy of the Presentence Report of each defendant appointed through this administrative order.

IT IS ALSO ORDERED that to enable the Federal Defender Program to determine eligibility and prepare any required filing on an individual's behalf, the United States Department of Justice, through the Bureau of Prisons, shall respond to requests by the Federal Defender Program by producing the most recent and relevant documents in the custody of the Bureau of Prisons, including, but not limited to following records related to the defendant: medical records (for at least one year); administrative requests for reduction in sentence and the BOP officials' responses, if any; progress report; sentencing computation data sheet; inmate education data; disciplinary report; and inmate release plan. Whenever practicable, the Federal Defender Program will assist such a defendant in executing a release form authorizing the Bureau of Prisons to disclose institutional records and counsel will provide that form to the Bureau of Prisons.

SO ORDERED this __29__ day of April, 2020.

HON. THOMAS W. THRASH, JR.
CHIEF JUDGE
UNITED STATES DISTRICT COURT

Prepared and Presented By:

Byung J. Pak, *United States Attorney*
Stephanie A. Kearns, *Executive Director,*
    *Federal Defender Program, Inc.*

Copy to:

T. Scott Hudson, *Chief United States Probation Officer*